## JAMES GRANT *versus* THOMAS, EARL OF SELKIRK

JOURNAL ENTRIES (1818): *Journal 2:* (1) Motion to quash writ, argument postponed *p. 593; (2) time for new argument assigned *p. 596; (3) argument heard *p. 603; (4) motion for discharge granted *p. 616.

PAPERS IN FILE: [None]